UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SUSAN ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:14-cv-00894-RLY-DKL |
| | ) | |
| CAROLYN COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

Susan Arnold, Plaintiff, filed a request for judicial review of the final decision of Carolyn Colvin, Acting Commissioner of the Social Security Administration, Defendant, denying Plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 401 *et seq.*, and supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. § 1381 *et seq*.  The court referred the matter to the Magistrate Judge, who issued her Report and Recommendation.  The Magistrate Judge concluded that the ALJ's decision was supported by substantial evidence, and therefore recommended that the decision denying benefits be upheld.  Neither party objects.  Consequently, the court reviews the Report and Recommendation for clear error.  *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).  After reviewing the record, the ALJ's decision, and the Report and Recommendation, this court is satisfied

that the Magistrate Judge did not commit clear error. Therefore, the court **ADOPTS** the Magistrate Judge's Report and Recommendation and **AFFIRMS** the decision of the ALJ.

**SO ORDERED** this 3rd day of September 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.